UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER BURGOS,

                       Plaintiff,

-v-

CITY OF NEW YORK,

                       Defendant.

18-CV-1150 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On November 21, 2019, the parties filed a status letter with the Court indicating that the parties were close to a settlement. (Dkt. No. 36.) There has been no further communication with the Court.

Accordingly, the parties shall file either (1) a stipulation of dismissal or (2) a status letter with the Court on or before February 6, 2020.

SO ORDERED.

Dated: January 6, 2020
New York, New York

_____
J. PAUL OETKEN
United States District Judge