UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER BURGOS,

Plaintiff,

-v-

CITY OF NEW YORK,

Defendant.

18-CV-1150 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On February 5, 2020, the parties filed a status letter with the Court indicating that the parties were finalizing a settlement agreement.  (Dkt. No. 38.)  There has been no further communication with the Court.

Accordingly, the parties shall file either (1) a stipulation of dismissal or (2) a status letter with the Court on or before June 3, 2020.

SO ORDERED.

Dated:  May 4, 2020
        New York, New York

_____
                J. PAUL OETKEN
                United States District Judge